1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  MJ16-43 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| KAO YING SAEPHANH, | |
| Defendant. | |

Offense charged:

    Count 1:      Felon in Possession of a Firearm

Date of Detention Hearing: March 23, 2016

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

              FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

        1.      Defendant was on state Department of Corrections supervision when the acts asserted in the complaint were committed.

        2.      Defendant has a substantial failure to appear history.

        3.      Defendant did not give background regarding drug for mental health issues, but the complaint indicates the possibility of substantial problems in the area.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

4.      The evidence against the defendant, although the least significant factor, is very strong.

5.      There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 24th day of March, 2016.

James P. Donohue
JAMES P. DONOHUE
Chief United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2