THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9    UNITED STATES OF AMERICA,                    CASE NO. CR16-0091-JCC

10                       Plaintiff,                MINUTE ORDER

11        v.

12    KAO YING SAEPHANH,

13                       Defendant.

14

15        The following Minute Order is made by direction of the Court, the Honorable John C.

16    Coughenour, United States District Judge:

17        This matter comes before the Court on Defendant Kao Ying Saephanh's unopposed

18    motion to continue the trial date and extend the pretrial motions deadline (Dkt. No. 18). Having

19    reviewed the motion and the relevant record, the Court hereby FINDS:

20        1.    The facts and circumstances are as set forth in the motion (Dkt. No. 18).

21        2.    Defendant has filed a waiver of his rights under the Speedy Trial Act, 18 U.S.C.

22    § 3161 *et seq.*, through September 30, 2016 (Dkt. No. 17).

23        3.    A failure to grant the requested continuances would deny defense counsel the

24    reasonable time necessary for effective preparation, taking into account the exercise of due

25    diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

26

4.      The ends of justice will be served by ordering the continuances in this case, the continuances are necessary to ensure effective trial preparation, and these factors outweigh the best interests of Defendant and the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

The motion (Dkt. No. 18) is hereby GRANTED.  The jury trial date in this matter is CONTINUED from Tuesday, May 31, 2016 to Monday, September 12, 2016 at 9:30 a.m. Pretrial motions shall be filed no later than Friday, August 12, 2016.

It is further ORDERED that the period of time from the date of this order through the new trial date of September 12, 2016 shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

DATED this 4th day of May 2016.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk