THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>KAO YING SAEPHANH,<br><br>    Defendant. | CASE NO. CR16-0091-JCC<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

  This matter comes before the Court *sua sponte*. An evidentiary hearing regarding revocation of Defendant's supervised release is currently scheduled for April 14, 2021. (Dkt. No. 55.) This hearing was originally scheduled for June 2, 2020 and has been continued numerous times due to the ongoing impacts of the COVID-19 pandemic as well as limitations as to Defendant's availability resulting from a separate state criminal case. (*See* Dkt. Nos. 41, 43, 47, 48, 49, 50, 51, 53, 54, 55; *see also* W.D. Wash. General Orders 01-20, 02-20, 07-20, 08-20, 11-20, 13-20, 15-20, 18-20, 04-21 each of which the Court incorporates by reference.) The Court understands Defendant's state criminal case is still pending and he will not be available for the April 14, 2021 evidentiary hearing.

  Accordingly, the Court FINDS that a further delay in Defendant's evidentiary hearing is

warranted and reasonable under the circumstances. The evidentiary hearing currently scheduled for April 14, 2021 is, therefore, CONTINUED to June 16, 2021 at 9 a.m.

However, based upon current COVID-19 pandemic conditions, the Court anticipates that an in-person hearing will not be feasible on June 16, 2021. (*See* W.D. Wash General Order 04-21.) Therefore, the parties are DIRECTED to appear for a remote proceeding pursuant to Western District of Washington General Order 06-21. The parties are further DIRECTED to contact Judge Coughenour's Courtroom Deputy, Gabriel Traber, to arrange for an appearance by videoconference.

DATED this 7th day of April 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
CR16-0091-JCC
PAGE - 2